The following constitutes
the order of the court. Signed December 08, 2009

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Corrina Curiel Lona<br><br>Debtor(s). | Case No. 03-53915 RLE<br>Chapter 7 |

**ORDER VACATING DISCHARGE OF DEBTOR AND FINAL DECREE**

The order of discharge and final decree for the above-entitled debtor(s) having been inadvertently entered on  December 4, 2009  ; and good cause appearing therefor;

IT IS HEREBY ORDERED that the Discharge of Debtor and Final Decree entered December 4, 2009  , be and is hereby vacated and the case is reopened.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE

1

9/04